P. O. Box 853
Sandston, VA   23150

7/5/11

11 - 3153

William C. Redden, Clerk of Court
United States Bankruptcy Court
701 East Broad Street
Richmond, VA   23219

**SUBJECT: Lance Jennings Bankruptcy Case No. 11-32022**

Dear Mr. Redden,

Enclosed is copy of the **money orders** in the amount of **$1,460.47**, that Ms. Ellen P. Ray, Esq. requested that I mail to Mr. Bruce Robinson, Chapter 7 Trustee in the above referenced case. The funds were mailed today, 7/5/11 to his P.O. Box 538, South Hill, VA  23970.

Thank you for your assistance in this regard.

Sincerely,

Eugene Parrish

FILED
RICHMOND DIVISION
JUL 11 2011
CLERK
U.S. BANKRUPTCY COURT

# United States Bankruptcy Court
### Eastern District of Virginia
#### Richmond Division

In re:

Lance Kendall Jennings and Stacy Naomi Jennings

                          Debtor(s)

Lance Kendall Jennings

                          Plaintiff(s)

V.

Eugene Arnold Parrish

                          Defendant(s)

Case Number   11-32022-DOT
Chapter   7
Adversary Proceeding Number   11-03153-DOT
Judge   Douglas O. Tice Jr.

## SUMMONS AND NOTICE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days. **Motion or Answer is due by July 8, 2011.** If you make a motion, your time to answer is governed by Fed.R.Bankr.P. 7012.

| ADDRESS OF CLERK: | William C. Redden<br>United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY: | Ellen P. Ray<br>1701 W. Main Street<br>Richmond, VA 23220 |
|---|---|

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| ADDRESS: | Chief Judge Tice – Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5100, Richmond, VA 23219 |
|---|---|
| DATE AND TIME: | 7/20/11 at 10:30 AM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Date: June 8, 2011

                                              WILLIAM C. REDDEN, CLERK OF COURT
                                              By /s/ Lisa Luckenbaugh
                                              Deputy Clerk

*[Note: It is the responsibility of counsel for the plaintiff/movant to advise the Court of any settlement or any other valid reason that a Court scheduled pretrial conference, hearing or trial need not be conducted. Counsel are advised to provide the Court with such notification as far in advance of any such conference, hearing or trial as is practical under the circumstances. Failure of such counsel to properly and timely notify the Court may result in the imposition of sanctions. Local Bankruptcy Rule 9013-1(O)].*

P. O. Box 853
Sandston, VA   23150

7/5/11

Bruce Robinson
Chapter 7 Trustee
P.O. Box 538
South Hill, VA   23970

**SUBJECT: Lance Jennings Bankruptcy Case No. 11-32022 - Filed 3/28/11**

Dear Mr. Robinson,

Enclosed are the funds in the amount of $1460.47 that Ellen P. Ray, Esq, requested to be mailed to you in the above referenced case.

Sincerely,

Eugene Parrish

P. O. Box 853
Sandston, VA   23150

7/5/11

Ellen P. Ray, Esq.
Main Street Law Office
1701 West Main Street
Richmond, VA   23220-4634

SUBJECT: Lance Jennings Bankruptcy Case No. 11-32022 - Filed 3/28/11

Dear Ms. Ray,

Enclosed is a copy of the money orders that you requested to be mailed to Mr. Bruce Robinson, Chapter 7 Trustee in the above referenced case.

Sincerely,

Eugene Parrish

